148 So. 752

### Bethel BELL v. STATE.

### 7 Div. 202.

Supreme Court of Alabama.

June 1, 1933.

Thos. W. Millican and Haralson & Son, all of Fort Payne, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

GARDNER, Justice.

Petition of Bethel Bell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bell v. State, 25 Ala. App. 441, 148 So. 751.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.